# United States Court of Appeals
## For the First Circuit

No. 23-1727

JOYCE TOTH,

Plaintiff, Appellant,

v.

EVERLY WELL, INC. and EVERLY HEALTH, INC.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on September 25, 2024, is amended as follows:

On page 17, line 10 replace "Cullinane" with "<u>Cullinane</u>".